**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jaycee Wamer                                                        Case No. 3:20CV942

          Plaintiffs

       v.                                                   **JUDGMENT ENTRY**

University of Toledo
          Defendant


      In accordance with the order filed contemporaneously with this judgment entry, it is

hereby ORDERED THAT:

      1. The defendant's motion to dismiss (Doc. 5) be, and the same hereby is granted.


      So ordered.

                               /s/ James G. Carr
                               Sr. U.S. District Judge